UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

BARBARA JEAN MOONEY            )
                               )
v.                             )            NO. 2:11-CV-56
                               )
MICHAEL J. ASTRUE,             )
Commissioner of Social Security )

## O R D E R

This Social Security matter is before the Court to consider the Report and Recommendation

of the United States Magistrate Judge dated January 17, 2012. In that Report and Recommendation,

the Magistrate Judge recommends that the plaintiff's motion for summary judgment, [Doc. 10], be

denied, and defendant's motion for summary judgment, [Doc. 12], be granted. The Plaintiff has

filed objections to this recommendation, [Doc. 18]. After careful *de novo* consideration of the record

as a whole, including the Administrative Transcript and the Supplemental Transcript, and after

careful consideration of the Report and Recommendation of the United States Magistrate Judge, and

for the reasons set out in that Report and Recommendation which are incorporated by reference

herein, it is hereby **ORDERED** that the plaintiff's objections are **OVERRULED**, that this Report

and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 17], that the plaintiff's motion for

summary judgment, [Doc. 10], is **DENIED**, and that defendant's motion for summary judgment,

[Doc. 17], is **GRANTED**.

E N T E R:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE